```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
            -v-                                                      :   12-CR-445-2 (JMF)
                                                                     :
RAMON MORALES,                                                       :          ORDER
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On October 5, 2022, Defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 857. The Government shall file any opposition to the motion by **October 27, 2022**, and Defendant shall file any reply by **November 17, 2022**.

The Clerk of Court is directed to mail this Order to:

> Ramon Morales
> Register No. 67053-054
> FCI McDowell
> Federal Correctional Institution
> P.O. BOX 1009
> Welch, WV  24801

SO ORDERED.

Dated: October 6, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge