UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA               :
               :
     -v-             :     12-CR-445-2 (JMF)
               :
RAMON MORALES,               :     ORDER
               :
     Defendant.             :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached letters in reference to this case. The Clerk of Court is directed to mail this Order to:

>Ramon Morales
>Register No. 67053-054
>FCI McDowell
>Federal Correctional Institution
>P.O. BOX 1009
>Welch, WV  24801

      SO ORDERED.

Dated: October 13, 2022
      New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge

Ramon Morales (67053054)
FCI McDowell
Federal Correction
P.O. Box 1009
Wech, WV 24801

Distric Judge
Honorable Jese M. Furman
United States
District Court
40 Foley Square
New York, NY 10007

Dear Your Honorable Judge Jese M. Furman,

    My name is Jenny Morales, I am a mother to 3 children and today I am writing this letter to you about my oldest son Ramon Morales. I am a hard working mother who has always tried to do the very best for my kids. I worked for 20 years in the education system to be closer to them and make sure that they were on track with their education. I started as the PTA president at my 2 oldest children's elementary school, became part of a daycares staff when my youngest child started going into school and then went on to become a school aid where my youngest daughter went to middle school. I even helped my oldest daughter get a job at that middle school and worked along side her for several years. As my children grew older and the prices for basic food and clothes became more expensive I even worked a part-time job at Macy's at one of their Manhattan locations to make sure my kids were able to have everything they needed. Not only was I a mother to my kids but I was their nurse, their educator, and their advocate when they needed me to be. Though I did my very best to give my children the world it goes without saying that being a single parent had its struggles. My children had their fathers around but I was their main parent all their lives still to this day. My oldest son, Ramon, he is a father of 3 children, a big brother to his 2 younger sisters and much like me he shares that parental instinct to make sure that everyone he loves has everything that they need. He would especially help me when I needed it since I am getting older and he never wanted to see me struggle in my golden years. Years ago I had to have 2 knee surgeries due to a work related accident and my son Ramon was the one who helped me during my recovery such as going to the bathroom, making sure I took my medication and keeping an eye on his 2

sisters. I have now just turned 65 years old, my knee still gives me issues, I have arthritis, high blood pressure and it is becoming more and more difficult to do daily tasks like going to the grocery store or getting up/down the stairs to my apartment. My 2 daughters both live out of state and I am now living alone. Not only do I need him home to help with daily activities but his 3 children have been growing up and living their lives without their father. His youngest son was only 2 years old when he went to prison. He has 2 daughters & 1 son who adored him and were heart broken to hear how long he was going away for. Ramon would love more then anything to get the chance to really be a father to his children for atleast the rest of their childhood and guide them through their lives so they don't make the same mistakes he has made. Deep down Ramon does have a good heart, has always loved his family and was always the "life of the party" in our family. In my eyes the punishment he's recived has been too long and since being put into prison he has been working on himself to change. He has had his own struggles in his life that hasn't always made it clear for him to do the right thing, much like anyone else, but now understands that his actions have contributed to him being put into prison and is continuously trying to better himself for the sake of his family. Ramon has completed several programs and has earned certificates such as his GED degree, a Bible studies certificate, a Thinking Errors - Change Company certificate, was apart of a baseball league, a Restaurant Management certificate and a Non-Resident Drug Treatment class. Since completing these programs he was able to reduce some time off of his sentence. I believe he has been showing tremendous progress in changing his habits even with the daily struggles of being in prison and as his mother I have been seeking out potential employment for him for when he gets out of prison. For these reasons Your Honor I ask you show leniency towards my son Ramon Morales. He has already been in prison for 10 years now and since he is showing progress I feel it would benefit him to come home to his family. Thank you Your Honrable Judge Jese M. Furman for taking the time to read this letter and hearing the words of a dedicated mother.

Sincerely,

*Jenny Morales*
Jenny morales

Ramon Morales (67053054)
FCI McDowell
Federal Correction
P.O. Box 1009
Wech, Wv 24801

District Judge
Honorable Jesse M. Furman
United States
District Court
40 Foley Square
New York, NY 10007

Dear Honorable Judge Jesse M. Furman,

My name is Ramon A Morales Senior, I am a father of 2 children and today I am writing you this letter about my oldest Ramon Morales Jr. I am an engineer at Bronx Lebanon hospital and at Bronx criminal court. I am willing to help my son get a job and I have my own house at ▮▮▮▮▮▮▮▮▮▮ Bronx N.Y. ▮▮▮ also willing to let him live with me to ensure that he gets a job I have helped him get a job before I am sure that I can help him get another job. I am ready to support my son with whatever he needs so that he can get back home to his kids who need him very much he has 3 children and 2 grandchildren that he has not met in person yet. In the 10 years that my son has been in there I have watched him grow taking courses and obtaining certificates to ensure that when he is able to come home, he will have better opportunities for him to get a job. I believe he has shown tremendous improvement since he has been in prison. So please your honor I ask that you show leniency towards my son Ramon Morales. He has already done 10 years in prison I feel he will benefit from coming home to his family and his children. Thank you, your Honorable Judge Jesse M. Furman, for taking the time to read this letter.

Sincerely,

Ramon A. Morales

CATHERINE ZIEGLER
Commissioner of Deeds, City of New York
No. 3-10053
Cert. Filed in New York County
Commission Expires on 03-01-2024

From: Myra E. Peltier

Huntsville, AL

August 19, 2022

To: The Honorable Judge Jesse Furman
40 Foley Square #104
New York, NY 10007

Your Honor,

I am a cousin of Ramon Morales and have known him for 42 years. As children, we were very close and I can remember him always being very respectful and fun loving to me, my parents and siblings. As an adult, Mr. Morales has always been respectful and fun loving to me, my husband, and my children. Throughout his life, he has had high points and low points but overall he has a big heart, a great sense of humor and a great desire to do better in life.

Mr. Morales has young children and grandchildren. It is imperative, for the well-being of his children, that their father is effectively in their lives where he can provide for, protect, and be present with them. His children miss him very much.

One of Mr. Morales' favorite book genres is autobiography. Through reading, he has a genuine curiosity to understand the human experience and to gain wisdom by learning how others have overcome life's struggles in order to be successful. He understands his past mistakes and is focused on creating a better future by being a better father and citizen.

I appreciate all you do for our justice system and I know that you will examine Mr. Morales' case with an open mind and open heart.

Sincerely,

Myra E. Peltier



# CENTURY COLLEGE

Continuing Education & Customized Training

# CONTINUING EDUCATION TRANSCRIPT

Ramon Morales
FCI-Florence
5880 State Highway 67 S
Florence, CO 81226

| Course ID | Name | End Date | Hours |
|---|---|---|---|
| 6PRI-0008-4 | Restaurant Management | 4/24/2018 | 900 |

Authorized Signature: *[signature]* Dr. Monica Ramirez

Date: 9/12/2018

\* This educational program was taught by Federal Bureau of Prison Instructors. Century College performs annual review and certification of this career technical program in compliance with American Correctional Association standards.

# Certificate of Completion

This certifies that

## Morales, Ramon

Register #: 67053-054

has successfully completed the following workbook:

### Thinking Errors- Change Company

USP Big Sandy

December 15, 2014

_____
S. Settle
Psychology Technician

# Certificate of Completion

This certifies that

## Ramon Morales

has satisfactorily completed the
Study Guide Correspondence Course
of the Amazing Facts Bible School
and is hereby awarded this
Certificate

August 19, 2013

*Doug Batchelor*
President–Speaker

*Carolyn Moxley*
Bible School Coordinator

AMAZING FACTS

# GOSPEL ECHOES TEAM
## Certificate

This is to certify that **RAMON MORALES**

has successfully completed the Series of 8 Courses by

## Home Bible Studies

Granted this ____4th____ day of ____February____, 20__14__

"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." II Tim. 2:15

*Inez, Grader*
Bible Course Instructor

*[signature]*
President

© GOES 441CN                                              LITHO IN U.S.A.



# Certificate of Completion

presented to

## Ramon Morales

Has Successfully Completed 900 Contact Hours

for

Career Technical Program:   Restaurant Management

In acknowledgement thereof these signatures are affixed on this day,

4/24/2018

Dr. Monica Ramirez

\* This educational program was taught by Federal Bureau of Prison Instructors. Century College performs annual review and certification of this career technical program in compliance with American Correctional Association standards.

Century College is an equal opportunity, affirmative action employer and educator, and a member of the Minnesota State.

# Certificate of Completion

Let it be known that

**Morales, Ramon**

has satisfactorily completed
all of the required coursework for the 18 week
Non-Residential Drug Treatment Class at FCI Florence
Colorado.

_____  06/06/2018  _____

A. I. Gallardo, Drug Treatment Specialist    Date    M. Marks, Psy.D., DAP Coordinator



*The Voice of Prophecy*

WORLDWIDE BIBLE BROADCASTERS

*Diploma*

*This certifies that*

*Ramon Morales*

HAS COMPLETED IN A SATISFACTORY MANNER THE 26-LESSON

*Discover Bible Course*

ISSUED AT LOS ANGELES, CALIFORNIA, ON

January 16, 2014

Kurt Johnson
BIBLE SCHOOL DIRECTOR

Fred Kinsey
SPEAKER/DIRECTOR

# GOSPEL ECHOES TEAM

## Certificate

This is to certify that __RAMON MORALES__

has successfully completed the Series of 8 Courses by

## Home Bible Studies

Granted this __4th__ day of __February__, 20__14__

"Study to show thyself approved unto God. a workman that needeth not to be ashamed. rightly dividing the word of truth." II Tim. 2:15

_Inez, Grader_
Bible Course Instructor

President

© GOES 441CN                                                                                       LITHO IN U.S.A.



**CENTURY COLLEGE**

# Certificate of Completion

presented to

*Ramon Morales*

Has Successfully Completed 900 Contact Hours

for

*Career Technical Program:   Restaurant Management*

In acknowledgement thereof these signatures are affixed on this day,

4/24/2018

Dr. Monica Ramirez

* This educational program was taught by Federal Bureau of Prison Instructors. Century College performs annual review and certification of this career technical program in compliance with American Correctional Association standards.

Century College is an equal opportunity, affirmative action employer and educator, and a member of the Minnesota State.

# Certificate of Completion

Let it be known that

**Morales, Ramon**

has satisfactorily completed
all of the required coursework for the 18 week
Non-Residential Drug Treatment Class at FCI Florence
Colorado.

_A. I. Gallardo_      06/06/2018      _M. Marks_

A. I. Gallardo, Drug Treatment Specialist      Date      M. Marks, Psy.D., DAP Coordinator



# CERTIFICATE OF ACHIEVEMENT
## AWARDED TO

This certifies that

# RAMON MORALES

Has satisfactorily completed the **Parenting from a Distance** course consisting of **20 hours** of training.

This certificate is hereby issued this 24th day of April, 2017.

## USP Florence, Colorado

*J. DeGrado*

J. DeGrado, Education Specialist

**FROM:**

Jenney Morales

Bronx N.Y.

**TO:**

District Judge
Honorable Jesse M. Furman
United States District Court
40 Foley Square
New York, N.Y. 10007

RETURN RECEIPT REQUESTED

USM AID SDNY

U.S. POSTAGE PAID
FCM LG ENV
BRONX, NY
10473
OCT 04, 22
AMOUNT
$9.41
R2303S103024-20

7021 0950 0000 4785 3032

Utility Mailer
10 1/2" x 16"

ReadyPost